UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Wilman Cuchimaque, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                              *Plaintiff*,

   - *against* -

A. Ochoa Concrete Corp., and Alcides Ochoa,

                              *Defendants*.
---------------------------------------------------------------X

Case No.: 22-cv-06136

**CERTIFICATE OF DEFAULT**

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant A. Ochoa Concrete Corp. (the "Defaulting Defendant") has not filed an answer or otherwise moved with respect to the first amended complaint herein. The default of Defaulting Defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       December 5, 2022

                                              Brenna B. Mahoney, Clerk of Court

                                  By:   *Jalitza Poveda*
                                            Deputy Clerk