UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Wilman Cuchimaque, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiff,*

- against -

A. Ochoa Concrete Corp., and Alcides Ochoa,

                              *Defendants*.
-----------------------------------------------------------------X

Case No.: 22-cv-06136

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated January 5, 2023, together with the Affidavit of Wilman Cuchimaque (the "Wilman Aff."), and together with the Declaration of Jason Mizrahi (the "Mizrahi Decl.") and the exhibits annexed thereto, Plaintiff Wilman Cuchimaque ("Plaintiff"), by and through the undersigned counsel, Levin-Epstein & Associates, P.C., will move this Court, the Honorable Rachel P. Kovner, U.S.D.J. presiding, at the United States District Court of the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, on the 27th day of January, 2023, or as soon thereafter as counsel may be heard, for an order: (i) granting default judgment against the Corporate Defendant in the amount of $1,660.71 in unpaid overtime wages, $1,660.71 in liquidated damages, $9,550 in statutory damages under the WTPA, $6,943.75 in attorneys' fees, and $512.70 in costs; and (ii) awarding prejudgment interest on Plaintiff's unpaid wages award of $1,660.71, in an amount to be determined by the Clerk of Court, by multiplying $0.41 by the number of days from June 15, 2022 until the day final judgment is entered against the Corporate Defendant; (iii) together with such other relief as this Court deems just and proper;

      **PLEASE TAKE FURTHER NOTICE** that answering and reply papers, if any, must

be served by such date that the Court may order.

Dated: New York, New York
      January 5, 2023

|  |  |
|---|---|
| By: | /s/ Jason Mizrahi |
|  | Jason Mizrahi, Esq. |
|  | Joshua D. Levin-Epstein, Esq. |
|  | Levin Epstein & Associates, P.C. |
|  | 60 East 42nd Street, Suite 4700 |
|  | New York, NY 10165 |
|  | Telephone: (212) 792-0048 |
|  | Email: jason@levinepstein.com |
|  | *Attorneys for Plaintiff* |

Cc:     All parties via ECF