UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Wilman Cuchimaque, *on behalf himself of themselves and others similarly situated in the proposed FLSA Collective Action,*

                           *Plaintiff,*

           - *against* -

A. Ochoa Concrete Corp., and Alcides Ochoa,

                         *Defendants.*
----------------------------------------------------------------X

Case No: 1:22-cv-006136

**AFFIRMATION OF SERVICE**

**JOSHUA D. LEVIN-EPSTEIN**, an attorney duly admitted to practice law in the State of New York, hereby declares that on July 18, 2023, I have served a true and correct copy of: (i) the July 18, 2023 Order [Dckt. No 17]; (ii) the July 18, 2023 Report and Recommendation attachment [Dckt. No. 17]; and (iii) a true and complete copy of the Court Docket, as of July 18, 2023, by sending the same by first class mail, addressed to the last known address of the recipient(s) as indicated below and upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Relief Act."

                                        A. Ochoa Concrete Corp.
                                        1739 Pine Grove Boulevard
                                        Bay Shore, NY 11706

                                        Alcides Ochoa
                                        1739 Pine Grove Boulevard
                                        Bay Shore, NY 11706

Dated:  New York, New York
          June 18, 2023

                                       By:   /s/ Joshua D. Levin-Epstein, Esq.
                                                           Joshua D. Levin-Epstein, Esq.
                                                           Levin Epstein & Associates, P.C.
                                                           60 East 42nd Street, Suite 4700
                                                           New York, NY 10165
                                                           Telephone: (212) 792-0046
                                                           Email: Joshua@levinepstein.com
                                                           *Attorneys for Plaintiff*

Cc:      All parties via ECF