UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
WILMAN CUCHIMAQUE,

                  Plaintiff,                JUDGMENT

        v.                            22 CV 6136 (RPK)(RML)

A. OCHOA CONCRETE CORP., and
ALCIDES OCHOA,

                  Defendants.
------------------------------------------------------------ X

        An Order of Honorable Rachel P. Kovner, United States District Judge, having been filed

on August 23, 2023, adopting the Report and Recommendation of Magistrate Robert M. Levy,

dated July 18, 2023, which recommended the following: that plaintiff's motion be granted; that

plaintiff be awarded $12,912.50, representing $1,681.25 in unpaid overtime wages, $1,681.25 in

liquidated damages, and $9,550 for wage statement and notice violations; that pre-judgment

interest be awarded on plaintiff's unpaid wages of $1,681.25 from June 15, 2022 to the date of

this court's judgment at a per diem interest rate of $0.40; that post-judgment interest be awarded

at the rate set forth in 28 U.S.C. § 1961(a); and that plaintiff receive $6,462.50 in attorney's fees

and $512.70 in costs; and the Clerk of Court having calculated the pre-judgment interest at the

rate set forth above and the interest being $175.60; it is

        ORDERED and ADJUDGED that plaintiff's motion is granted; and that plaintiff is

awarded a total amount of $ 20,063.30 plus post-judgment interest at the rate set forth in 28

U.S.C. § 1961(a).

Dated: Brooklyn, NY                      Brenna B. Mahoney
        August 28, 2023                  Clerk of Court

                                    By: */s/Jalitza Poveda*
                                      Deputy Clerk